THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK GIBBS, Appellant.

Argued January 9, 1952; decided January 24, 1952.

*James Li Brize* for appellant.

*Jack E. Gellman, District Attorney* (*Anthony W. Brick, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DYE, FULD and FROESSEL, JJ. DESMOND, J., dissents on the ground that it was not established beyond a reasonable doubt that the defendant committed any crime. [See 303 N. Y. 1006.]